```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :   SEALED INDICTMENT
                                 :
         - v. -                  :   21 Cr.
                                 :
DUVAUGHN WILSON, and             :
COURTNEY SCHLOSS,                :   21 CRIM 249
     a/k/a "Bway"                :
     a/k/a "Balenci"             :
                                 :
              Defendants.        :
                                 :
- - - - - - - - - - - - - - - -  X
```

## COUNT ONE
### (Conspiracy to Commit Firearms Offenses)

1. From at least in or about August 2020, up to and including in or about March 2021, in the Southern District of New York and elsewhere, DUVAUGHN WILSON and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, trafficking in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A), and making false statements during the purchase of firearms in violation of Title 18, United States Code, Section 922(a)(6).

2. It was part and object of the conspiracy that DUVAUGHN WILSON and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a

"Balenci," the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United State Code, would and did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

3.    It was part and object of the conspiracy that DUVAUGHN WILSON and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, and others known and unknown, in connection with the acquisition and attempted acquisition of firearms from licensed importers, licensed manufacturers, licensed dealers, and licensed collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious oral and written statements, and furnished and exhibited false, fictitious, and misrepresented identifications, which were intended and likely to deceive such importer, manufacture, dealer, and collector, as to facts material to the lawfulness of such sale and other disposition of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about August 10, 2020, a co-conspirator not named herein ("CC-1") sent DUVAUGHN WILSON, the defendant, a payment in the amount of $905 United States currency ("USC") using a mobile payment application from an IP address originating in New York, New York, coinciding with a firearms purchase.

   b. On or about October 26, 2020, WILSON conducted a straw purchase of firearms on behalf of CC-1 at a federal firearms dealer located in Lilburn, Georgia.

   c. On or about November 29, 2020, COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendant, sent WILSON a text message, in substance, inquiring about the availability of a particular firearm for sale. SCHLOSS explained to WILSON, in substance, that he was inquiring on behalf of another individual. WILSON responded to SCHLOSS, in substance, by quoting a price and discussing the availability of the firearm.

   d. On or about November 29, 2020, SCHLOSS sent WILSON a text message inquiring, in substance, about the

availability of a particular firearm for sale. WILSON responded to SCHLOSS, in substance, by quoting a price for SCHLOSS's consideration. SCHLOSS replied to WILSON, in substance, that he was interested in purchasing the firearm.

      e.   On or about November 30, 2020, WILSON conducted a straw purchase of the firearm described in the above-described text messages with SCHLOSS.

      f.   On or about December 2, 2020, an individual believed to be associated with CC-1 sent WILSON a wire payment in the amount of $1,185 from a check cashing vendor on West 116th Street in New York, New York, coinciding with a firearms purchase. Shortly thereafter, CC-1 sent WILSON a photograph of the receipt for the $1,185 transfer.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION

1.   As a result of committing the offense alleged in Count One of this Indictment, DUVAUGHN WILSON and COURTNEY SCHLOSS, a/k/a "Bway," a/k/a "Balenci," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to:

        a.    A Glock, Inc. 9-millimeter pistol, Serial Number BRCV680, seized by the Bureau of Alcohol, Firearms, Tobacco, and Explosives ("ATF") on or about December 16, 2020;

        b.    A Phoenix Arms Co. HP25A, .25 caliber pistol, Serial Number 4250780, seized by the ATF on or about December 16, 2020;

        c.    A Ruger Five-Seven pistol, Serial Number 641-69441;

        d.    34 Rounds of Sig Saur 9-millimeter Ammunition, seized by the ATF on or about December 16, 2020;

        e.    One Glock magazine seized by the ATF on or about December 16, 2020; and

        f.    One Glock 50 round drum magazine, seized by the ATF on or about December 16, 2020.

### Substitute Assets Provision

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 924;
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

DUVAUGHN WILSON, and
COURTNEY SCHLOSS,
a/k/a "Bway"
a/k/a "Balenci"

Defendants.

---

**INDICTMENT**

21 Cr.

(18 U.S.C. § 371.)

AUDREY STRAUSS
United States Attorney

*[signature]*
Foreperson

---

True Bill, Indictment + Arrest Warrant,
filed before CTW  4/15/21