DocuSign Envelope ID: C8C9F646-A6E8-47C6-A9FE-3C5351AD9D25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,   :   21-Cr. 249 (SHS)

-v-   :   CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
DuVaughn Wilson   :   TELECONFERENCE

          Defendant.   :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __DuVaughn Wilson__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____   _____
Defendant's Signature (Judge may obtain   Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

__DuVaughn Wilson__   __D Andrew Marshall__
Print Defendant's Name   Print Defense Counsel's Name

DuVAUGHN WILSON

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                            _Sidney H. Stein_

__June 3, 2021__   _____
Date   Sidney H. Stein, U.S.D.J.