UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr.249 (SHS)

    -v-  :  CONSENT TO PROCEED BY
        VIDEOCONFERENCE OR
DuVaughn Wilson  :  TELECONFERENCE

      Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __DuVaughn Wilson__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____        _____
Defendant's Signature (Judge may obtain        Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant)

DuVaughn Wilson        D. Andrew Marshall
Print Defendant's Name        Print Defense Counsel's Name
6/9/2021

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

June 11, 2021        _____
Date        Sidney H. Stein, U.S.D.J.