UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | **AMENDED NOTICE** |
| DUVAUGHN WILSON, | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    NOTICE is hereby being provided pursuant to Fed. R. Crim. P. 32(h) and U.S.S.G. Policy Statement 6A1.4 that the Court is contemplating an upward departure for Mr. Wilson pursuant to application note 13(c) to U.S.S.G. 2K2.1, 18 U.S.C. § 3553(b)(1) and U.S.S.G. 5K 2.0(a)(3).

Dated: New York, New York
       November 14, 2022

                                        Sidney H. Stein, U.S.D.J.