*KIRTON LAW FIRM*

---

*Marlon G. Kirton, Esq.*                    *Nassau County:*
                                            *175 Fulton Avenue, Suite 305*
_____                         *Hempstead, New York 11550*
                                            *Tel. # (516) 833-5617*
                                            *Fax # (516) 833-5620*

November 23, 2022                           **MEMO ENDORSED**

VIA ELECTRONIC FILING

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. DuVaughn Wilson, 21 cr. 249 (SHS)*

Dear Judge Stein:

 I represent DuVaughn Wilson in the above-referenced matter. Mr. Wilson pleaded guilty, and his case was adjourned to November 15, 2022, for a sentencing hearing. The sentencing was adjourned to allow for additional sentencing submissions. Defense submissions were due on November 21, 2022, but were not filed until November 22, 2022. I request that this Court accept the Defense submission even though it was filed out of time.

 I have had the flu since last Thursday and have a minimal work schedule. I have been working from home as much as my body would allow. Nevertheless, the motion was filed and served yesterday. I was the primary attorney for this motion. My co-counsel was the primary attorney for other submissions previously filed. The Defense is not requesting an adjournment of the sentencing hearing. The Government does not object to this request and asks for an additional day to respond.

 Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

1

cc: Ashley Nicholas, Assistant United States Attorney (via electronic mail).
   Matthew King, Assistant United States Attorney (via electronic mail).
   D. Andrew Marshall, Esq. (via electronic mail).


**Request granted.**

**Dated: New York, New York**
**November 23, 2022**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.