UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-V-

DuVAUGHN WILSON,

        DEFENDANT.

**Notice of Motion to Proceed In Forma Pauperis**

**F.R.A.P. 24(a)(1)**

21-cr-00249-SHS

---

PLEASE TAKE NOTICE, upon the annexed declaration of D. Andrew Marshall, Esq., dated December 20, 2022, the undersigned counsel will move for an order waiving $505.00 appeal filing fee and permission for Mr. Wilson to proceed *In Forma Pauperis*.

Dated:    New York, New York
            December 20, 2022

D. Andrew Marshall/s/
_____
D. Andrew Marshall
Attorney At Law
225 Broadway, Suite 1405
New York, NY 10007
212-571-3030 (office)
212-571-1441 (facsimile)
marshall.law4@verizon.net (e-mail)

*5/18/2023*
*So ordered*
*Sidney H. Stein*
*U.S.D.J.*